# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT

All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 26-5305
2. DATE DOCKETED: 8/27/2026
3. CASE NAME (lead parties only) Bland v. Blanche
4. TYPE OF CASE: ☐ District Ct - ◉ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ◉ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action 1:25-cv-03499
      Criminal
      Miscellaneous

      Bankruptcy Court Docket No.
      Bankruptcy
      Adversary
      Ancillary

      Tax Court Docket No.
      Tax
   b. Review is sought of:
      ☒ Final Order ☐ Interlocutory Order appealable as of right ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Amit P. Mehta Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 7/10/2026
   e. Date notice of appeal filed: 8/26/2026
   f. Has any other notice of appeal been filed in this case? ○ Yes ◉ No If YES, date filed:
   g. Are any motions currently pending in trial court? ○ Yes ◉ No If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ○ Yes ◉ No
      If NO, why not? There were not any transcribed proceedings
   i. Has this case been before the Court under another appeal number? ○ Yes Appeal # ◉ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes ◉ No If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? ◉ Yes ○ No
      If YES, give popular name and citation of statute Title 28, Chapter 154, 28 U.S.C. §§ 2261-65.
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ◉ No If so, provide program name and participation dates

Signature /s/ Elizabeth R. Moulton Date 9/28/2026
Name of Party Appellants
Name of Counsel for Appellant/Petitioner Elizabeth R. Moulton
Address 405 Howard Street, San Francisco, CA 94105
Phone ( 415 ) 773-5673 Fax ( 415 ) 773-5759

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for District of Columbia Circuit by using the appellate CM/ECF system on September 28, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Elizabeth R. Moulton*
Elizabeth R. Moulton
*Counsel for Andre Bland, Urshawn Miller, Howard Hawk Willis, Federal Defender Services of Eastern Tennessee, And Federal Public Defender for the Middle District of Tennessee*