No. 26-5305

IN THE

# United States Court of Appeals for the District of Columbia Circuit

ANDRE BLAND, URSHAWN MILLER, HOWARD HAWK WILLIS, FEDERAL DEFENDER SERVICES OF EASTERN TENNESSEE, AND FEDERAL PUBLIC DEFENDER FOR THE MIDDLE DISTRICT OF TENNESSEE,

*Appellants*,

*v.*

TODD BLANCHE, in his official government capacity, and the U.S. DEPARTMENT OF JUSTICE,

*Appellees.*

On Appeal from the United States District Court
for the District of Columbia, No. 1:25-cv-03499
Hon. Amit P. Mehta

## STATEMENT OF ISSUES PRESENTED FOR REVIEW


Geoffrey C. Shaw
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Suite 2700
Los Angeles, CA 90071

Elizabeth R. Moulton
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
emoulton@orrick.com

Gitanjali S. Gutierrez
Anna Arceneaux
ACLU FOUNDATION
201 W. Main St., Suite 402
Durham, N.C. 27701

*Counsel for Appellants*

The issue presented for review on appeal is:

Whether the order of the district court dismissing this case for lack of jurisdiction should be reversed because the district court has jurisdiction under 28 U.S.C. § 1331.

September 28, 2026


/s/ *Elizabeth R. Moulton*

Elizabeth R. Moulton
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
emoulton@orrick.com

Geoffrey C. Shaw
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Suite 2700
Los Angeles, CA 90071

Gitanjali S. Gutierrez
Anna Arceneaux
ACLU FOUNDATION
201 W. Main St., Suite 402
Durham, N.C. 27701

*Counsel for Andre Bland, Urshawn Miller, Howard Hawk Willis, Federal Defender Services of Eastern Tennessee, And Federal Public Defender for the Middle District of Tennessee*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for District of Columbia Circuit by using the appellate CM/ECF system on September 28, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Elizabeth R. Moulton*
Elizabeth R. Moulton
*Counsel for Andre Bland, Urshawn Miller, Howard Hawk Willis, Federal Defender Services of Eastern Tennessee, And Federal Public Defender for the Middle District of Tennessee*